B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VULPES, LLC d/b/a Fox & Obel Food Market** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1371726** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**401 E Illinois**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                         THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **VULPES, LLC d/b/a Fox & Obel Food Market** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)
Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**VULPES, LLC d/b/a Fox & Obel Food Market**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Rd.**
**Suite 224**
**Northbrook, IL 60062**

Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**September 18, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William Bolton**
Signature of Authorized Individual

**William Bolton**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 18, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **VULPES, LLC d/b/a Fox & Obel Food Market**        Case No. _____
                                               Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accounting Principals**<br>**Enzina Scerbo**<br>**Dept CH 14031**<br>**Palatine, IL 60055** | **Accounting Principals**<br>**Enzina Scerbo**<br>**Dept CH 14031**<br>**Palatine, IL 60055** | | | **23,283.59** |
| **AH River East, LLC**<br>**Group Fox Property Management**<br>**401 W. Fullerton Parkway**<br>**Chicago, IL 60614** | **AH River East, LLC**<br>**Group Fox Property Management**<br>**401 W. Fullerton Parkway**<br>**Chicago, IL 60614** | | | **257,982.03** |
| **BlueCross BlueShield of Illinois**<br>**Health Care Service Corporation**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** | **BlueCross BlueShield of Illinois**<br>**Health Care Service Corporation**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** | | | **26,835.92** |
| **Cintas Corp**<br>**PO BOX 8805**<br>**Chicago, IL 60680** | **Cintas Corp**<br>**PO BOX 8805**<br>**Chicago, IL 60680** | | | **22,109.53** |
| **Cintas Corporation #21**<br>**Kimberly**<br>**PO BOX 88005**<br>**Chicago, IL 60680-1005** | **Cintas Corporation #21**<br>**Kimberly**<br>**PO BOX 88005**<br>**Chicago, IL 60680-1005** | | | **22,109.53** |
| **COMMONWEALTH EDISON -**<br>**0935284012**<br>**PO BOX 6112**<br>**CAROL STREAM, IL**<br>**60197-6112** | **COMMONWEALTH EDISON -**<br>**0935284012**<br>**PO BOX 6112**<br>**CAROL STREAM, IL 60197-6112** | | | **18,793.38** |
| **COMMONWEALTH EDISON -**<br>**1815083036**<br>**Store Account**<br>**Bill Payment Center**<br>**Chicago, IL-60668-0001** | **COMMONWEALTH EDISON -**<br>**1815083036**<br>**Store Account**<br>**Bill Payment Center**<br>**Chicago, IL-60668-0001** | | | **35,576.02** |
| **Direct Energy Business -**<br>**ACCT 1097745**<br>**P.O. BOX 643249**<br>**Pittsburgh, PA 15264-3249** | **Direct Energy Business - ACCT 1097745**<br>**P.O. BOX 643249**<br>**Pittsburgh, PA 15264-3249** | | | **21,302.37** |

B4 (Official Form 4) (12/07) - Cont.

In re    **VULPES, LLC d/b/a Fox & Obel Food Market**                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Direct Energy Business - ACCT 1097746**<br>**P.O. BOX 643249**<br>**Pittsburgh, PA 15264-3249** | **Direct Energy Business - ACCT 1097746**<br>**P.O. BOX 643249**<br>**Pittsburgh, PA 15264-3249** | | | **33,020.09** |
| **Direct Energy Services - ACCT 33260**<br>**P.O. Box 4662**<br>**Carol Stream, IL 60197** | **Direct Energy Services - ACCT 33260**<br>**P.O. Box 4662**<br>**Carol Stream, IL 60197** | | | **24,757.38** |
| **EUROPEAN IMPORTS LTD.**<br>**773-292-3617**<br>**2475 N. ELSTON AVE.**<br>**CHICAGO, IL 60647-2033** | **EUROPEAN IMPORTS LTD.**<br>**773-292-3617**<br>**2475 N. ELSTON AVE.**<br>**CHICAGO, IL 60647-2033** | | | **25,019.97** |
| **Get Fresh Produce, Inc.**<br>**1441 Brewster Creek Blvd**<br>**Bartlett, IL 60103**<br>**Bartlett, IL 60103 USA** | **Get Fresh Produce, Inc.**<br>**1441 Brewster Creek Blvd**<br>**Bartlett, IL 60103**<br>**Bartlett, IL 60103 USA** | | | **38,609.12** |
| **Hissho Sushi**<br>**DBA Hissho Sushi**<br>**PO Box 38427**<br>**Charlotte, NC 28278** | **Hissho Sushi**<br>**DBA Hissho Sushi**<br>**PO Box 38427**<br>**Charlotte, NC 28278** | | | **25,936.71** |
| **Illinois Department of Revenue**<br>**Cindy Lopez**<br>**P.O. Box 19006**<br>**Springfield, IL 62794-9000** | **Illinois Department of Revenue**<br>**Cindy Lopez**<br>**P.O. Box 19006**<br>**Springfield, IL 62794-9000** | | | **37,695.82** |
| **ILLINOIS DEPT OF REVENUE**<br>**PO BOX 19006**<br>**SPRINGFIELD, IL 62794-9006** | **ILLINOIS DEPT OF REVENUE**<br>**PO BOX 19006**<br>**SPRINGFIELD, IL 62794-9006** | | | **344,705.25** |
| **KEHE FOOD DISTRIBUTORS**<br>**Valerie Coletti**<br>**24972 Network Place**<br>**Chicago, IL 60673-1249** | **KEHE FOOD DISTRIBUTORS**<br>**Valerie Coletti**<br>**24972 Network Place**<br>**Chicago, IL 60673-1249** | | | **27,320.21** |
| **Polsinelli Shughart**<br>**Dave Franek/Julia**<br>**P.O. Box 878681**<br>**Kansas City, MO 64187-8681** | **Polsinelli Shughart**<br>**Dave Franek/Julia**<br>**P.O. Box 878681**<br>**Kansas City, MO 64187-8681** | | | **23,000.00** |
| **Schuyler, Roche & Zwirner**<br>**One Prudential Plaza - STE 1300**<br>**130 East Randolph Street**<br>**Chicago, IL 60601** | **Schuyler, Roche & Zwirner**<br>**One Prudential Plaza - STE 1300**<br>**130 East Randolph Street**<br>**Chicago, IL 60601** | | | **41,739.64** |
| **SYSCO FOOD SERVICES**<br>**Gene Engle**<br>**P. O. BOX 5037**<br>**DES PLAINES, IL-60017-5037** | **SYSCO FOOD SERVICES**<br>**Gene Engle**<br>**P. O. BOX 5037**<br>**DES PLAINES, IL-60017-5037** | | | **345,202.39** |

B4 (Official Form 4) (12/07) - Cont.

In re    **VULPES, LLC d/b/a Fox & Obel Food Market**          Case No. _____

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **U.S. FOOD SERVICE, INC.**<br>**Norine**<br>**BOX 98420**<br>**CHICAGO, IL 60693-8420** | **U.S. FOOD SERVICE, INC.**<br>**Norine**<br>**BOX 98420**<br>**CHICAGO, IL 60693-8420** | | | 46,603.41 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 18, 2013**                Signature   **/s/ William Bolton**

                                                   **William Bolton**
                                                   **Manager**

       *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                   18 U.S.C. §§  152 and 3571.

78 Red Co., Ketchup
Chicago, IL 60608
Chicago, IL 60608 USA


A-Floor
3654 N. Cicero
Chicago, IL 60611


A.D.E. Restaurant Services, Inc.
471 South Irmen Drive
Addison, IL 60101


A.L. Bazzini, Co., Inc.
Suzanne
1035 Mill Rd.
Allentown, PA 18106-3101


Abdallah Candies Inc.
Cary
3501 County Road 42W
Burnsville, MN 55306-3805


ABE'S SMOKED FISH, INC.
A. KOHN
8200 N. Christiana Ave.
Skokie, IL 60076


Accounting Principals
Enzina Scerbo
Dept CH 14031
Palatine, IL 60055


AH River East, LLC
Group Fox Property Management
401 W. Fullerton Parkway
Chicago, IL 60614


Alarm Detection Systems, Inc
Charlie
1100 Church Road
Aurora, IL 60505


ALBERT USTER IMPORTS
Rehanna/Tina
P.O. BOX 770
GAITHERSBURG, MD-20884-2601

ALICE'S STICK COOKIES
P.O. BOX 445
LOS ALTOS, CA 94023


ALLEN BROTHERS INC.
Nicole
P.O. Box 71154
CHICAGO, IL 60694-1154


ALLEN PAPER COMPANY
Josh
641 WEST LAKE STREET
CHICAGO, IL 60661


ALLIANCE PAPER AND FOOD SERVICE
Henrietta Plair
11058 W. ADDISON ST
FRANKLIN PARK, IL 60131


Alsco
Arleth Rodriguez
2641 S Leavitt St
Chicago, IL 60608


Anderson Pest Solutions
Kriste Henricksen
PO Box 600670
Jacksonville, FL 32260-0670


ANDREW DISTRIBUTION
Marlene Cuchna
P.O. BOX 1099
MELROSE PARK, IL 60160


Aria Group Architects, Inc.
Lois Bair
830 North Blvd.
Oak Park, IL 60301


AT&T - (312-836-0254-3342)
P.O. Box 5080
Carol Stream, IL 60197

ATOMATIC MECHANICAL SERVICES
Britney
3733 N. VENTURA DRIVE
ARLINGTON HEIGHTS, IL 60004-7952


Averus
Marc Swider
3851 Clearview Court
Gurnee, IL 60031


B.T. MCELRATH CHOCOLATIER
Brian/Nancy
2010 EAST HENNEPIN AVE.
MINNEAPOLIS, MN-55413


BELGIUM'S CHOCOLATE SOURCE
66 Central Street, Suite 7
WELESLEY, MA 02482


BIONDI SALES & ASSOC, INC.
David B. Biondi
30947 Scissorbill Road
Ocean View, DE 19970


Black & Blanco
630 Flushing Avenue
812
Brooklyn, NE 11206


BlueCross BlueShield of Illinois
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255


BR DATA
175 PINELAWN ROAD
SUITE 305
MELVILLE, NY 11747


BROWNE TRADING COMPANY
TED - Controller
260 COMMERCIAL ST.
PORTLAND, ME 04101

Bruce Packaging
Benjamin Halperin
8131 North Ridgeway Avenue
Skokie, IL 60076


Bryce Downey & Lenkov LLC
200 N. LaSalle Street
Suite 2700
Chicago, IL 60601


Butter Baked Goods Ltd.
Rosie
4321 Dunbar Street
Vancouver, BC V6S 2G2


Carmichael Nationalease
Juanita ext: 222 Max
2200 South Loomis Street
Chicago, IL 60608


Carrot Top, Inc.
Attn: James Corrigan
705 Coolidge Avenue
Palatine, IL 60067


Caterease/Horizon Business Services, Inc
Attn: Accounts Receivable
1020 Goodlette Road North
Naples, FL 34102


CDW Direct, LLC
125 S. Wacker Dr
Suite 1210
Chicago, IL 60606


CENTRAL BEVERAGE
Gary Wolz
2601 S. 25TH AVENUE
BROADVIEW, IL-60155


Chiappetti LLC
DBA Chiappetti, LLC
P.O. Box 681067
Chicago, IL 60695-207

Chicago Department of Revenue
121 N. LaSalle Street Room 107A
Chicago, IL-60602-1288


Chicago Tribune
Chris Ladner
25646 Network Place
Chicago, IL 60673-1256


Cintas Corp
PO BOX 8805
Chicago, IL 60680


Cintas Corporation #21
Kimberly
PO BOX 88005
Chicago, IL 60680-1005


Cintas Fire
PO Box 636525
Cincinnati, OH 45263


Cintas First Aid
PO Box 631025
Cincinnati, OH 45263


City of Chicago - Business Affairs
Affairs and Consumer Protection
City Hall - 121 N LaSalle Street
Chicago, IL 60602


Classic Creations
1422 Abourndale Court
Wheeling, IL 60090


Coco 5
1932 W Kinzie
Chicago, IL 60622


COMMONWEALTH EDISON - 0935284012
PO BOX 6112
CAROL STREAM, IL 60197-6112

COMMONWEALTH EDISON - 1815083036
Store Account
Bill Payment Center
Chicago, IL-60668-0001


Compass Electric
425 Huehl Road Suite 22D
Northbrook, IL 60062


Concierge Preferred - Chicago
Carla Huber-Garcia
400 North Wells, Suite 212
Chicago, IL 60654


Connoisseur Wines
Tatiana
6610 W. Howard Street
Niles, IL 60714


CROSSINGS
Nancy
4 NEW STREET
WORCESTER, MA 01605


David Rio
Sam Fung
PO Box 885462
San Francisco, CA 94188


Deli Specialist, Inc
Craig Newman
4232 N Harvard Ave
Arlington Heights, IL 60004


Direct Capital
155 Commerce Way
Portsmouth, NH 03802-9871


Direct Energy Business - ACCT 1097745
P.O. BOX 643249
Pittsburgh, PA 15264-3249


Direct Energy Business - ACCT 1097746
P.O. BOX 643249
Pittsburgh, PA 15264-3249

Direct Energy Services - ACCT 33260
P.O. Box 4662
Carol Stream, IL 60197


Douglas Cross
Carol
2030 Fifth Ave.
Seattle, WA 98121


DPI Midwest
Candace ext. 1817
3812 Collections Center Drive
Chicago, IL 60693


DUFECK MFG.
P.O. BOX 428
210 MAPLE STREET
DENMARK, WI-54208


DUNBAR ARMORED, INC.
Kathy Cash!!
PO BOX 64115
Baltimore, MD 21264-4115


Eagle Eye Imports
300 East Long Lake Road
Suite 311
Bloomfields Hills, MI 48304


Eastside Cafe
30 West 270 Butterfield Road
Unit 104
Warrenfield, IL 60555


Ecolab - Cleaning Chemicals
Bill Douglas
P.O. Box 70343
Chicago, IL 60673-0343


Elevage Wines & Spirits
1206 King Edward Avenue
Saint Charles, IL 60174

EMPIRE COOLER SERVICE.,INC
Patricia/Jeff
940 W. CHICAGO AVE.
CHICAGO, IL 60642-5494


Euro USA Midwest, LLC
d/b/a Euro USA Chicago
4481 Johnston Parkway
Cleveland, OH 44128


EUROPEAN IMPORTS LTD.
773-292-3617
2475 N. ELSTON AVE.
CHICAGO, IL 60647-2033


Fastenal
P.O.Box 978
Winona, MN 55987


Fettes, Love & Sieben
4325 N Lincoln Ave
Chicago, IL 60618


FISHER SCIENTIFIC
Richard Simbari
13551 COLLECTIONS CENTER DRIVE
CHICAGO, IL-60693


FORTUNE FISH COM.
Judi
PO BOX 203
BEDFORD PARK, IL 60499-0203


FRAN'S CHOCOLATES, LTD
Brent
1300 E. PIKE STREET
SEATTLE, WA-98122


GARY POPPINS POPCORN
10929 Franklin Avenue
Suite N
Franklin Park, IL 60131


GCS SERVICE, INC
PO BOX 64373
ST. PAUL, MN-55164-0373

Get Fresh Produce, Inc.
1441 Brewster Creek Blvd
Bartlett, IL 60103
Bartlett, IL 60103 USA


GOODNESS GREENESS
8166 Solutions Center
Chicago, IL 60677-8001
LockBox 778166


GRECO & SONS INC. - DISTRIBUTORS
Danielle/Emma
1550 HECHT ROAD
BARLETT, IL 60103


Guardian Insurance Co. of America
Christie
P.O BOX 677458
Dallas, TX 75267-7458


HADDOUCH GOURMET IMPORTS, INC.
Debra
P.O BOX 28010
SEATTLE, WA-98118


HALL'S RENTAL SERVICE, INC.
Kanan ext:246
6130 HOWARD
NILES, IL 60714


Hammond Candies
Attn: Linda Mc Alexander
5735 N. Washington St.
Denver, CO 80216


Harding Land & Cattle Company
P.O. Box 905
Terry, MT 59349


Heritage Wine Cellars, LTD
Elizabeth
6600 W Horward Street
Niles, IL 60174

Hissho Sushi
DBA Hissho Sushi
PO Box 38427
Charlotte, NC 28278


House of Balsamic, LLC
5 Mason, Suite 200
Irvine, CA 92618


HUBERT COMPANY
Abby Woebkenberg
25401 Network Place
Chicago, IL 60673-1254


Hussmann
Roger Certa/Mike
26372 Network Place
Chicago, IL 60673-1263


Illinois Department of Employment Securi
Attorney General's Office
33 S State St, Suite 992
Chicago, IL 60603


Illinois Department of Revenue
Cindy Lopez
P.O. Box 19006
Springfield, IL 62794-9000


ILLINOIS DEPT OF REVENUE
PO BOX 19006
SPRINGFIELD, IL 62794-9006


Illinois Liquor Control Commission
100 West Randolph
Suite 7-801
Chicago, IL 60601


Illinois Paper and Copier
Theresa Adams
6 Territorial Ct.
Bolingbrook, IL 60440

INTELLIGENTSIA COFFEE & TEA
JOSH/Kara CFO
1850 W. FULTON AVENUE
CHICAGO, IL 60612


ISOLA IMPORTS, INC.
Lisa
4525 S. Tripp
Chicago, IL-60632


Italian Foods Corporation
Kirk Newcross
7330 Chapel Hill Rd.
Raleigh, NO 27607


Italian Harvest, Inc.
Victoria Doggett
308 Laidley Street
San Francisco, CA 94131


Jaafer Sweets
D/B/A Jaafer Sweets
4825 North Kedzie
Chicago, IL 60625


JACK TUCHTEN WHOLESALE PRODUCE, INC.
2404 S. WOLCOTT
UNIT 31
CHICAGO, IL 60608


Jackson Lewis, LLC
One North Broadway
White Plains, NY 10601


JB Refrigeration, Inc.
708.825.8847


JELLY BELLY CANDY
Niecie James
P.O.Box 742799
Los Angeles, CA 90074-2799

Jeni's Splendid Ice Creams
1145 Chesapeake Ave
Suite L
Columbus, OH 43212


Jimibo, Inc.
P.O. Box 101233
Chicago, IL 60610


Joe & Ross Ice Cream
Alex
5350 W 38th St
Cicero, IL 60804


JOHNSON WATER CONDITIONING
220 W ST. CHARLES
VILLA PARK, IL-60181


Kapital Electric, Inc.
1240 Mark St.
Bensenville, IL 60106


KAUFFMAN TURKEY FARM
Jean
P.O. BOX 205
WATERMAN, IL-60556


KEHE FOOD DISTRIBUTORS
Valerie Coletti
24972 Network Place
Chicago, IL 60673-1249


Keller Lock & Safe
516 N. Ogden Ave #127
Chicago, IL 60642-6421


Kemps LLC/BECKER DAIRY
NW 5011
PO Box 1450
Minneapolis, MN 55485-5724


KENNICOTT BROTHERS COMPANY
RITA
452 N. ASHLAND AVE
CHICAGO, IL 60622

KNIPSCHILDT CHOCOLATIER, LLC
Mike
12 SOUTH MAIN STREET
NORWALK, CT 06854


KONE INC.
P.O. BOX 429
MOLINE, IL-61266-0429


Koppers Chocolate
39 Clarkson Street
New York, NY 10014


LAKE CHAMPLAIN
Sarah
750 PINE STREET
BURLINGTON, VT-05401


LARK FINE FOODS, LLC
Leslie
8 SCOT'S WAY
ESSEX, MA 01929


Leaders Bank
Attn: Joe Specht
2001 York Road
Oak Brook, IL 60523


Lee's Farm Fresh Produce, Inc.
Lee
556 Peregrine Drive
Palatine, IL 60067


Lee's Foodservice
Parts & Repairs
230 W Laura Dr
Addison, IL 60101


Lifestyle Beverages
926 N Oak Lawn Ave.
Elmhurst, IL 60126


Lily From the Village, LLC
1177 Stonehedge Trail Lane
Saint Augustine, FL 32092

```
LIVING WATER FARMS, INC
denise
29695 E. 100 NORTH ROAD
STRAWN, IL 61775


LOUIS GLUNZ WINES
Ext 104
630 Margate Drive
Lincolnshire, IL 60069


Magnum Coffee
Mark Brewer
ONE JAVA BOULEVARD
NUNICA, MI-49448


Mancini's
1111 Lake St.
Oak Park, IL 60301
Oak Park, IL 60301 USA


Mandolini Co.
2404 S. Wolcott Ave.
Unit 28
Chicago, IL 60608


MARICH CONFECTIONERY
ATTN: Accounts Receivable
2101 BERT DRIVE
HOLLISTER, CA 95023-2562


Mast Brothers Chocolate
Stephanie/Arto
105A North 3rd Street
Brooklyn, NY 11249


Matt Fowler
1521 W Ohio
Chicago, IL 60642


Matthew Stares
Matthew Stares
270 Lakeside Dr S.E.
East Grand Rapids, MI 49506
```

Maverick Wine Company
1101 N. Ellis Avenue
Bensenville, IL 60106


MENZA FOODS LLC
Amanda
340 SHORE DRIVE
BURR RIDGE, IL 60527


Mesirow Insurance Services, Inc.
Renee Formel
353 North Clark Street, 4th Floor
Chicago, IL 60654-4712


Michael J. Navilio & Son
Chicago International Product Market
2404 S. Wolcott, Units 26-27,
Chicago, IL 60608


MM Perri Concepts, Inc
Michael Perri
2216 Comstock Lane
Naperville, IL 60564


Morning Noon Night
8557 44th Street
Lyons, IL 60534


Muzak Oa
Arlene
P.O. BOX 71070
Charlotte, NC 28272-1070


N.Y.C. BAGEL DELI
Corey
300 South Wacker Drive
Chicago, IL 60606


NATURAL DIRECT LLC
Sid
37-D STONEHILL RD
OSWEGO, IL 60543

Natural Distribution
Colleen Claussner
550 Clayton Ct.
Wood Dale, IL 60191


NICOLE'S INC.
Diane
1505 NORTH KINGSBURY
CHICAGO, IL 60622


Norpac Fisheries
Sean
1535 Colburn St.
Honolulu, HI 96817


North Country Business Products
P.O. Box 910
Bemidji, MN 56619-0910


Northwestern Memorial Corporate Health
75 Remittance Drive - #1865
Chicago, IL 60675-1865


NOVACART INC.
P.O. BOX 70579
POINT RICHMOND, CA-94807


NSN Employment Services
Nora Knapp
PO Box 617665
Chicago, IL 60661


O MY GOODNESS!
O MY GOODNESS!
910 SHERWOOD DRIVE, UNIT 19
LAKE BLUFF, IL-60044


OBERWEIS DAIRY
Adam
951 ICE CREAM DRIVE SWEET ONE NORTH
NORTH AURORA, IL-60542


OFFICE MAX
Katrina Bruck ext: 1101281
75 REMITTANCE DRIVE #2698
CHICAGO, IL-60675-2698

```
Olive & Sinclair Chocolate Co.
Scott Witherow
1404 Mcgavock Pike, STE C
Nashville, TN 37216


ONESOURCE MAGAZINE DIST.,LLC
Tracy Cairo
Dept 2173
Denver, CO 80291-2173


OpenTable, Inc.
Payment Lockbox
PO Box 671198
Dallas, TX 75267-1198


Paetec - McLeod USA
Jeremy
P.O. Box 3243
Milwaukee, WI 53201-3243


Palmer Printing
Chris Diamond
739 South Clark Street
Chicago, IL 60609


Pappas, Hubbard, O'Connor, Fildes, Secar
Paddock Buliding - 1617 2nd Ave.
Suite 300
Rock Island, IL 61204-5408


PAPYRUS
Connie Holland
3613 Solutions Center
Chicago, IL 60677-3006


PEOPLES GAS
CHICAGO, IL 60687-0001


PITNEY BOWES - Refills
P.O. BOX 856042
LOUISVILLE, KY-40285-6042
```

Polsinelli Shughart
Dave Franek/Julia
P.O. Box 878681
Kansas City, MO 64187-8681


Progressive Business Publication
370 Technology Drive
P.O. Box 3019
Malvern, PA 19355


PURE WINE COMPANY
361 FRONTAGE ROAD
SUITE 130
BURR RIDGE, IL 60527


Rada Concepts
Gary Rada
904 Lusted Lane
Batavia, IL 60510


REVOLUTION TEA, LLC
5080 North 40th Street
Suite 375
PHOENIX, AZ 65018-2190


RGIS
Sonia
P.O. Box 77631
Detroit, MI 48277


Ritual Chocolate
3153 Larimer Street
Denver, CO 80205


Roy Houff Company, The
Noreen - 113
6200 South Oak Park Avenue
Chicago, IL 60638


Savannah Bee, The
PO Box 10914
Savannah, GA 31412

Schuyler, Roche & Zwirner
One Prudential Plaza - STE 1300
130 East Randolph Street
Chicago, IL 60601


Seattle Chocolate Company
1180 Andover Park West
Seattle, WA 98188


ServiceMASTER Clean
VVV Corporation
2400 Wisconsin Avenue
Downers Grove, IL 60515


Shefsky & Froelich
111 East Wacker Drive
Suite 2800
Chicago, IL 60601


SKYLINE DISTRIBUTORS
RENE
511 w Wrightwood Ave
Elmhurst, IL 60126


Snyder's of Hanover
9729 S. Princeton
Chicago, IL 60628


SOCIETY HILL SNACKS
Kevin 312-397-9494
8845 TORRESDALE AVE.
PHILADELPHIA, PA-19136


Society Insurance
Direct Bill Dept.
P.O. Box 1237
Fond Du Lac, WI 54936-1237


South Town Food Service
Liz Lorino
50 Eisenhower Lane North
Lombard, IL 60148

Standard Parking - Employee Lot
River East Art Center Garage
505 North McClurg Street
Chicago, IL 60611-5420


STOLLER WHOLESALE
Attn: Debbie Hoppe
3325 Mt. PROSPECT ROAD
FRANKLIN PARK, IL 60131


STONEWALL KITCHEN
Marian
2 STONEWALL LANE
YORK, ME 03909


SUGAR & SPICE EXTRAORDINARY SWEETS TREAT
829 FOSTER STREET
EVANSTON, IL 60201


Superior Chemicals LLC
Brian Wilson
PO Box 1423
Owings, MD 21117


SUPERIOR KNIFE, INC.
Mark
8120 N. CENTRAL PARK AVE
SKOKIE, IL-60076-2907


Susan's Sustainable Solutions, Inc.
Attn: Susan Ritts
7065 Country Rd 11
Maple Plains, MN 55359


Swisher
Hershel McNeil
P.O.Box 473526
Charlotte, NC 28247-3526


SYSCO FOOD SERVICES
Gene Engle
P. O. BOX 5037
DES PLAINES, IL-60017-5037

Tablescapes
Accounting@tablescapes.com
1827 West Hubbard Street
Chicago, IL 60622


TARDELLA FOODS INC.
Steve Tardella
1639 N. NEWLAND AVE
CHICAGO, IL 60707


TELCOM & DATA, INC.
c/o MHG LLC
900 Linton Blvd St 201
Delray Beach, FL 33444


Tenzing Wine & Spirits
Yari Gomez
165 North Morgan Street
Chicago, IL 60607


TMB Baking
480 Grandview Dr.
South San Francisco, CA 94080-4920


Tomales Bay Foods, Inc.
Mary Ann
105 "H" Street
Petaluma, CA 94952


TORVAC
Marilyn
3000 West Wireton Road
Blue Island, IL 60406


TROPICANA CHILLED DSD
75 Remittance Drive
Suite 1856
Chicago, IL 60675-1856


U.S. FOOD SERVICE, INC.
Norine
BOX 98420
CHICAGO, IL 60693-8420

U.S. Plumbing
John
8400 Wilmette Ave
Darien, IL 60561


ULINE
Stacy
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL-60085


Uncle Bob's Self Storage
2051 North Austin
Chicago, IL 60639


Unified Construction Group
2600 Van Buren Street
Belwood, IL 60104


UNITED NATURAL FOODS, INC
Monica 42545
PO Box 706
Keene, NH 03431


UPS Printer
Lockbox 577
Carol Stream, IL 60132-0577


US Telecom
P.O. Box 970
La Verne, CA 91750-0970


VANGUARD ARCHIVES, LLC
Nicole Carr
420 South 37th Avenue
St. Charles, IL 60174


VANNS SPICES LTD.
1716 WHITEHEAD ROAD
SUITE A
BALTIMORE, MD 21207


VOSGES HAUT-CHOCOLAT
Paula
2950 N. Oakley Ave.
Chicago, IL 60618

Windy City Linen
Henry ext 88
787 Glenn Avenue
Wheeling, IL 60090


WIRTZ BEVERAGE ILLINOIS
P.O BOX 809180
CHICAGO IL. 60680-9180


Wisconsin Natural Acres, LLC
Lisa
PO Box 202
Chilton, WI 53014


World Wines & Spirits
120 Easy Street Suite #2
Carol Stream, IL 60188
630.668.9463


Wythe Will Tzetze, LLC
3612 LaGrange Parkway
Toano, VA 23168
Toano, VA 23168 USA


Yellow Holding LTD
250 Mill Street
Rochester, NY 14614


YRC
P.O. Box 93151
Chicago, IL 60673-3151


Zingerman's Candy Manufactory
Dan
3711 Plaza Drive
Ann Arbor, MI 48108